UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUIWANECA SPIKES, | Case No.: 2:25-cv-02100-APG-NJK |
| Plaintiff, | |
| v. | **Order Denying Application to Proceed *In Forma Pauperis* as Moot And Directing Plaintiff to File Her Current Address** |
| JEFFERSON, et al., | |
| Defendants. | (Docket No. 4) |

Plaintiff Quiwaneca Spikes, a former inmate in the custody of the Nevada Department of Corrections ("NDOC") has filed an application to proceed *in forma pauperis* for inmates. Docket No. 4. However, according to the NDOC inmate database, Plaintiff has been released from custody, and she is no longer housed at Florence McClure Women's Correctional Center, the last address that she provided to the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff shall file her updated address with the Court on or before **June 22, 2026**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates, Docket No. 4, is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **June 22, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when she can provide the Court her current address and file an application to proceed *in forma pauperis* for non-prisoners.

IT IS SO ORDERED.

DATED:   May 21, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2